IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
~~SOUTHERN~~ DIVISION
HATTIESBURG



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN - 7 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA

VERSUS                                             CASE NO. 2:05m3

CHARLES WALKER


## WAIVER OF COURT APPOINTED COUNSEL

The above named defendant, after being advised of the nature of the charge and of h_is_ rights, hereby waives in open court h_is_ right to court appointed counsel to represent h_im_.

_____
DEFENDANT

_____
WITNESS

DATE 01/07/05