UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

    v.

CASE NUMBER: 2:05m3

CHARLES WALKER

## WARRANT FOR ARREST

TO:  The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest CHARLES WALKER and bring him

forthwith to the nearest magistrate to answer a(n)

__ Indictment     __ Information     _X_ Complaint

__ Order of Court     __ Violation Notice     __ Probation Violation Petition

charging him with knowingly and willfully conducting or attempting to conduct financial

transactions involving property represented to be the proceeds of drug smuggling activity for the

purpose of concealing or disguising the nature, location, source, ownership or control of property

believed to be the proceeds of the specified unlawful activity, in violation of Title 18, United

States Code, Section 1956(a)(3)..

JOHN M. ROPER
United States Magistrate Judge

01/07/05
Date

at Gulfport, Mississippi

By Deputy Clerk

Bail fixed at $_____ by _____

                                      Name of Judicial Officer

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN 2 0 2005

J. T. NOBLIN, CLERK
BY_____DEPUTY

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _GULFPORT, MISSISSIPPI_ |

| DATE RECEIVED<br>1/7/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Robert Burns, Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>1/7/05 | | |