AO 455 (Rev. 5/85) Waiver of Indictment

---

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA



v.

## WAIVER OF INDICTMENT

CHARLES C. WALKER            CASE NUMBER: 2:05cr16-KS-RHW

I, CHARLES C. WALKER, the above named defendant who is accused of Money Laundering, in violation of Section 1956, Title 18, United States Code, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___June 29, 2005___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CHARLES C. WALKER, Defendant

_____
Counsel for Defendant

The Court finds this waiver is knowingly and voluntarily made and is hereby accepted.

Before _____
Judicial Officer