AO 245B  (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page   2   of   7

DEFENDANT: Charles C. Walker
CASE NUMBER: 2:05cr16 KS-RHW-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **63 months**

■ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation to an institution closest to the defendant's home for which he is eligible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____
   ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ■ before 2 p.m. on   April 4, 2006   .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 18 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

Defendant delivered on  4-4-2006  to  FPC mon
at  Maxwell AFB, AL 36112 , with a certified copy of this judgment.

Scott A. Middlebrooks, WARDEN
~~UNITED STATES MARSHAL~~

By ___ O. Sanders, UE
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
         Sheet 2A — Imprisonment