IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO. 2:05cr16KS-RHW

CHARLES CLENDELL WALKER

### PARTIAL CANCELLATION OF LIS PENDENS

TO THE HONORABLE CHANCERY CLERK OF FORREST COUNTY, MISSISSIPPI:

Notice is hereby given that a Lis Pendens was previously filed on December 29, 2005, in Book 9 at pages 262-265 in the Lis Pendens records located in the Chancery Clerk's Office of Forrest County, Mississippi, which property is more particularly described in the aforesaid Lis Pendens Notice as Parcel No. 11.

The United States of America hereby releases from said Notice the property described below and being a part of Parcel No. 11 in the aforesaid Lis Pendens Notice. The land description below is included as part of Parcel No. 11 in the original Lis Pendens and is hereby canceled only to the extinct of the description below.

### REAL PROPERTY

> A part of the NE 1/4 of Section 6 and a part of the NW 1/4 of the NW 1/4 of Section 5, All in Township 3 North, Range 13 West, Forrest County, Mississippi, and all being more particularly described as beginning at the NW corner of said Section 5, and thence run East along the North line of said Section 5 for 550 feet; thence run South for 192.4 feet; thence run s 47 degrees W for 738 feet to a point on the East line of Section 6; thence run South along the East line of said Section 6 for 1699 feet to the intersection with the Northeastern right of way line of Interstate No. 59; thence run Northwesterly along the Northeastern right of way line of said Interstate Highway No. 59 for

1835.4 feet; thence, at right angles, run Northeasterly along said right of way line of said Highway for 20 feet; thence run Northwesterly along the Northeastern right of way line of said Interstate Highway No. 59 for 966.2 feet to the intersection with the North line of said Section 6; thence run East along the North line of Section 6 for 1413,3 feet to the Point of Beginning, LESS AND EXCEPT 3.57 acres for road right of ways to Forrest County, and comprising 41.1 acres, more or less.

The Clerk is hereby instructed to immediately file and record this Partial Cancellation in the Lis Pendens Records, indexing it alphabetically against the defendant Charles Clendell Walker, and to notate on said document and in the records pertaining thereto the hour and day of filing and recording as required by law and to return same with recording data to the undersigned with a statement for your recording fee.

          UNITED STATES OF AMERICA
          DUNN LAMPTON
          United States Attorney

By: _____
    JERRY L. RUSHING
    Assistant United States Attorney
    1575 20th Avenue
    Gulfport, Mississippi  39501-2040
    of 228-563-1560/fx 228-563-1571

Dated: June 23, 2006    Mississippi Bar No. 5731