```
          UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF MISSISSIPPI
                  HATTIESBURG DIVISION
```

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO.  2:05cr16KS-RHW

CHARLES C. WALKER

### **MOTION FOR PARTIAL DISMISSAL OF PROPERTY FROM FORFEITURE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to dismiss from the Information filed on June 9, 2005 (Ct. R. Doc. #7) the real property description from Parcel No. 11 sought to be forfeited and described below:

### **REAL PROPERTY**

A part of the NE 1/4 of Section 6 and a part of the NW 1/4 of the NW 1/4 of Section 5, All in Township 3 North, Range 13 West, Forrest County, Mississippi, and all being more particularly described as beginning at the NW corner of said Section 5, and thence run East along the North line of said Section 5 for 550 feet; thence run South for 192.4 feet; thence run s 47 degrees W for 738 feet to a point on the East line of Section 6; thence run South along the East line of said Section 6 for 1699 feet to the intersection with the Northeastern right of way line of Interstate No. 59; thence run Northwesterly along the Northeastern right of way line of said Interstate Highway No. 59 for 1835.4 feet; thence, at right angles, run Northeasterly along said right of way line of said Highway for 20 feet; thence run Northwesterly along the Northeastern right of way line of said Interstate Highway No. 59 for 966.2 feet to the intersection with the North line of said Section 6; thence run East along the North line of Section 6 for 1413,3 feet to the Point of Beginning, LESS AND EXCEPT 3.57 acres for road right of ways to Forrest County, and comprising 41.1 acres, more or less.

The above-described real property description is included as part of Parcel No. 11 in the original Information and has been foreclosed on by the lienholders.

Accordingly, the United States respectfully moves that the Court partially dismiss the part of Parcel Nos. 11 from the criminal forfeiture aspect of the case with prejudice only to the extent of the above-described real property.

                                    Respectfully submitted,

                                    DUNN LAMPTON
                                    United States Attorney

By:    *Jerry L. Rushing*
       JERRY L. RUSHING
       Assistant United States Attorney
       1575 20th Avenue
       Gulfport, Mississippi  39501
       Telephone: (228) 563-1560
Dated: December 4, 2006    MS Bar No. 5731